UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSROADS EQUIPMENT LEASE & FINANCE, LLC, a California limited liability corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio company,<br><br>             Defendant. | Case No.:  EDCV 14-1338-DMG (CWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [33]** |

Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 16, 2015

　　　　　　　　　　　　　　　　*/s/ Dolly M. Gee*
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE